E-FILED
Wednesday, 04 February, 2026  03:34:01 PM
Clerk, U.S. District Court, ILCD

FILED

FEB 0 4 2026

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To whom it may concern:

I Brooke Renee Johnson inmate #R87388 am inquiring assistance on filing a civil Rights lawsuit due to medical neglect while I was incarcerated at the Schuyler County Jail in Rushville Illinois the month of March 16th 2025. I was pregnant when I was booked into their jail I started bleeding and having really bad pains to where I couldnt even move. They would not let me see a nurse for a whole month I finally seen one and I told her what was going on, the blood, the pain, and she refused to give me a pregnancy test she said no its not possible because I was bleeding at this point it had been a whole month and half that I was bleeding and in pain. Instead she gave me an STD test which came back negative. They continued to only give me tylenol which I had to pay for everyday and told me I was lieing about being in that much pain and limited me on how many pads I was using. Finally the 3rd

Shift officer came in to start his shift and found me on the floor screaming in pain and my vitals were extremely high so he contacted Cass county which was my holding county and they said to take me to the emergency room immediatly. Upon their arrival they said nobody had contacted them at all about the situation and would they have they would have had them take me way before then. When I arrived at the emergency room I found out I was pregnant almost two months but I,t was an eptopic a tubal and my tube had ruptured and I had to have emergency surgery. I had to have a hysterectamy. which could have been avoided if they would have had me checked out from the beginng. I'm not sure who to reach out to to help me but I need help filing a lawsuit please.

Thank you,
Brooke Johnson

4:26-cv-04034-MMM    # 1    Filed: 02/04/26

Brooke Johnson #R87388
Logan Correctional Center
1096 1350th St.
P.O. Box 1000
Lincoln, IL
            62656

This Correspondence is from
an inmate of the Illinois
Department of Corrections

SPRINGFIELD IL  625

8 FEB 2026    AM 2  L

FOREVER / USA

Springfield Division
Central District of Illinois 7th circuit
151 U.S. Courthouse
600 E. monroe St.
Springfield, Ill. 62701