# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Brooke R. Johnson )
)
Plaintiff )
)
vs. )
)
Schuyler County Jail )
Matt Hawkins - Jail Administrator )
Sheriff - Bill Redshaw )
Tracy Allen - Administrator )
medical Staff - Nurse Bellville )
~~medical care as a problem~~ )
)
_____ )
_____ , )
)
)
Defendant(s) )

Case No. 4:26-cv-04034-MMM
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Brooke Renee Johnson

Prison Identification Number: R87388

Current address: 1096 1350th Street, P.O. Box 1000 Lincoln, Illinois

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Schuyler County Jail

Current Job Title: Schuyler County Jail

Current Work Address 216 W. Lafayette Street Rushville, Illinois 62681

Defendant #2:

Full Name: Matthew Hawkins

Current Job Title: Jail Administrator

Current Work Address 216 W. Lafayette Street Rushville, Illinois 62681

Defendant #3:

Full Name: Bill Redshaw

Current Job Title: Sheriff Schuyler County

2

Current Work Address 216 W. Lafayette Street
Rushville, Illinois 62681

Defendant #4:

Full Name: Tracy Allen

Current Job Title: Office Jail Administrator

Current Work Address 216 W. Lafayette Street
Rushville, Illinois 62681

Defendant #5:

Full Name: Nurse Bellville

Current Job Title: Medical Staff/nurse @ County Jail

Current Work Address 216 W. Lafayette Street
Rushville, Illinois 62681

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes · ☐        No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☐   No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☐   No ☒

If your answer is no, explain why not  Schuyler County Jail does
not have a grievance system.

C. Is the grievance process completed?   Yes ☐   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Schuyler County Jail

4

Date(s) of the occurrence <u>March 4th 2025 - March 17th 2025</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On March 4th 2025 at approximately 11:00am I was taken to Schuyler County Jail to be held for my cass county charges. Upon my booking I stated I did not feel well and started sweating and throwing up so Correctional officer Jordan McGinnis finished booking me and asked the administrator Tracy Allen to come back to the booking room because I was crying in pain and couldn't stand up. When Tracy Allen got to the booking room she started yelling at me telling me to get up and get in the holding cell telling me she wasn't putting up with my shit. I was placed in a holding cell for like an hour no mattress on the floor with nowhere to even sit. About an hour later Tracy Allen came back to dress me in and as I'm getting out of the shower I passed out in pain and couldn't get up and walk. The Jail Administrator Matthew Hawkins then came and was standing over me asking me what was going on and I told him I was in pain really bad and bleeding and cant get up and walk and throwing up

5

and that I needed help. They refused me medical help made me get up and get dressed and made me carry my mattress and stuff all the way across the entire jail to the female cell. I then had to lay on the floor because there was no bottom bunk and was curled up in pain throwing up and bleeding. I was placed in the cell with Kellie Thurman whom tried to tell the officers I needed help they still refused it. After complaining for the first week I finally got to see the medical staff nurse Bellville. She was never informed about my issues so I let her know that I thought I was pregnant and that I had been bleeding for the last 2 two weeks and started having paralyzing pain upon my booking on March 4th 2025. She said its impossible that youre pregnant because youre bleeding instead of giving me a pregnancy test like I asked for she gave me an STDS test which came back negative. After the negative results came back for STDS she did no further testing and refused to look further into it even though I was still having issues. Another week and half went by with bleeding and contractual pains everyday and the Jail Admin Tracy Allen kept telling me to stop my shit nothing is wrong with you and we are not taking you to the hospital. This went on up until March 16th 2025 when I got up to use the restroom and fell out from pain. The third shift Correctional officer not sure of his name finally contacted Cass County Sheriff

Whom is who I'm being held for and they said to call the ambulance and they would meet me at the emergency room. Cass County said they were never one time notified about my complaints or medical issues and either was the nurse Bellville. Once at the emergency Room my blood test came back true I was in fact pregnant and had to be taken to McDonough District hospital to have an Ultrasound done. They did an ultrasound and a scan and found out I was having an eptopical pregnancy that my Tube on my left side had ruptured from the fetus growing too long in it and my stomach was filling with blood. I then had to have an emergency Salpingo-oophorectomy which is where they had to remove my left tube and ovary because it was damaged. Which takes my chances of having kids again to a very low chance.

## RELIEF REQUESTED

(State what relief you want from the court.)

Compensation for pain and suffering, permanant

bodily injury, emotional distress, permanant health damages and any medical bills, Court fees, filing fees

JURY DEMAND          Yes ☒          No ☐

Signed this ___13th___ day of ___february___, 20 _26_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Brooke R. Johnson | R87388 |
| Address: 1096 1350th Street P. O. Box 1000 Lincoln Illinois 62656 | Telephone Number: — N/A |

8

IN THE

U.S. District Court

Central district of Illinois

Brooke R. Johnson )

**Plaintiff** )

v. ) Case No. 4:26-CV-04034-MMM

Schuyler County Jail )

**Defendant** )

## PROOF/CERTIFICATE OF SERVICE

TO: Judge Michael Mihm                     TO: _____

Peoria Division                                          _____

100 NE Monroe Street                            _____

Peoria Illinois                                             _____

61602                                                          _____

TO:_____                          TO:_____

_____                                  _____

_____                                  _____

_____                                  _____

PLEASE TAKE NOTICE that on 02/13/ , 2026 I have placed the documents listed below in the institutional mail at ___Logan___ Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service:_____

_____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 02/13/26                          /s/ _____

                                                   NAME Brooke R. Johnson

                                                   IDOC# R87388

State of __IL__ County of __Logan__

Subscribed and sworn to (or affirmed) before me on this

_11_ day of __Feb__ , 20_26_ by

__Brooke Johnson__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Signature _____

Notary Public, State of Illinois
Official Seal
Nancy Jo Cunningham
Commission # 1006470
My Commission Expires 3/13/2029